## HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

April 11, 2022

**VIA CM/ECF**
Hon. Cathy L. Waldor
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, NJ 07101

      RE:   **MING LEI V. GENESIS SPA INC. ET AL.**
             **2:19-CV-08787-ES-CLW**
             **Letter Request for Adjournment**

Dear Judge Waldor:

      Our firm is counsel for the Plaintiff in the abovementioned matter. We write, together with Defendants' counsel to inform the court the current status. In addition, the parties request all dealines be adjourned *sine din* and the settlement agreement be filed for Your Honor's approval in 30 days.

      Parties' counsels have engaged in substantive settlement discussion and on April 11, 2022, the parties reached a settlement in principle on all matters. Plaintiff requests that the parties be granted 30 days to file the settlement agreement for Your Honor's approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      We appreciate Court's attention and time on this matter.

                                          Respectfully submitted,

                                          HANG & ASSOCIATES, PLLC

                                          */s/ Yongjin Bae*
                                          Yongjin Bae, Esq.
                                          136-20 38th Ave., Suite 10G
                                          Flushing, NY 11354
                                          Tel: 718.353.8588
                                          Fax: 718.353.6288
                                          E-mail:ybae@hanglaw.com

*Attorney for Plaintiff*

Cc. Opposing counsel Via ECF