# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| MING LEI, Individually and on behalf of all other employees similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Genesis Spa Inc. d/b/a Moonlight Spa, Lu Gao, "Elrond" Jin a/k/a Erlong Jin, and "Amy" Hu,<br><br>Defendants. | Case No.: 2:19-cv-08787-CLW<br><br>**NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Letter in Support of the Joint Motion for Approval of Settlement, dated October 21, 2022, counsel for Plaintiff, MING LEI, and counsel for Defendants, Genesis Spa Inc. d/b/a Moonlight Spa, Lu Gao, "Elrond" Jin a/k/a Erlong Jin, and "Amy" Hu, on the date and time to be set by the Court, will move before the Honorable Cathy L. Waldor, at the United States District Court, District of New Jersey, Martin Luther King Jr. Courthouse, 50 Walnut Street, Courtroom 4D, Newark, NJ 07101, for an Order granting approval of the proposed settlement agreement.

By: /s/ *Yongjin Bae*
Yongjin Bae
136-20 38th Avenue Suite 10G
Flushing, New York 11354
Phone: 718.353.8588
e-mail: ybae@hanglaw.com
*Attorneys for Plaintiff*

By: /s/ *Keith T. Bostwick* (Plaintiff signed with consent)
Keith T. Bostwick, Esq. – 6897329 WOOD SMITH HENNING & BERMAN LLP 400 Connell Drive, Suite 1100 Berkeley Heights, NJ 07922 T: (973) 265-9901 F: (973) 265-9925 E: kbostwick@wshblaw.com
*Attorneys for Defendants*